UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| VINCENT ANTHONY MILONE and | : BANKRUPTCY NO. 16-10537 TPA |
| DEBORAH ANN MILONE, | : |
| Debtors. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| | : CHAPTER 13 |
| VINCENT ANTHONY MILONE and | : |
| DEBORAH ANN MILONE, | : |
| Movants, | : |
| | : |
| vs. | : |

NO RESPONDENT.

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| Undeliverable Address | Correct Address |
|---|---|
| Vincent Anthony Milone<br>Deborah Ann Milone<br>204 Goodrich Street<br>Erie, PA 16508 | Vincent Anthony Milone<br>Deborah Ann Milone<br>2674 Myrtle Street<br>Erie, PA 16508 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: April 6, 2017

BY:   /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors

Document No. 1040304