**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10537-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Vincent Anthony Milone<br>2674 Myrtle Street<br>Erie PA 16508 | Deborah Ann Milone<br>2674 Myrtle Street<br>Erie PA 16508 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/17/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/20/17                                Michael R. Rhodes
                                                **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Vincent Anthony Milone  
Deborah Ann Milone  
    Debtors

Case No. 16-10537-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: May 18, 2017  
                 Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14272000       E-mail/PDF: cbp@onemainfinancial.com May 19 2017 00:29:34      Springleaf Financial Services,  
         PO Box 3251,     Evansville, IN 47731  
                                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor     U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com  
         Michael S. Jan Janin     on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com  
         Michael S. Jan Janin     on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                       TOTAL: 5