FILED
6/20/17 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deborah Ann Milone<br>Vincent Anthony Milone<br>               Debtor(s) | |
| U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5, its successors and/or assigns<br>               Movant<br>v.<br>Deborah Ann Milone<br>Vincent Anthony Milone<br>               Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>               Additional Respondent | BK. NO. 16-10537 TPA<br><br>CHAPTER 13<br><br>Related to Docket #___49___ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

      AND NOW, this 20th day of June, 2017, at Pittsburgh, upon Motion of U.S. Bank National Association, as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5, its successors and/or assigns, it is

      **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 204 Goodrich Street, Erie, PA 16508 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                          _____
                                          United States Bankruptcy Judge  **jlm**

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 16-10537-TPA
Vincent Anthony Milone                                          Chapter 13
Deborah Ann Milone
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 1              Date Rcvd: Jun 20, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db/jdb        +Vincent Anthony Milone,   Deborah Ann Milone,   2674 Myrtle Street,   Erie, PA 16508-1834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Michael S. Jan Janin    on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5