Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Vincent Anthony Milone
Deborah Ann Milone**
  Debtor(s)

Bankruptcy Case No.: 16–10537–TPA
Related to Docket No. 55
Chapter: 13
Docket No.: 56 – 55
Concil. Conf.: April 10, 2018 at 10:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 5, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 20, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 10, 2018** at **10:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 19, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-10537-TPA
Vincent Anthony Milone                                                      Chapter 13
Deborah Ann Milone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2           Date Rcvd: Jan 19, 2018
                              Form ID: 213            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
```
db           +Vincent Anthony Milone,   2674 Myrtle Street,    Erie, PA 16508-1834
jdb         #+Deborah Ann Milone,   2674 Myrtle Street,    Erie, PA 16508-1834
cr           +NATIONSTAR MORTGAGE, LLC,   c/o Aldridge Pite LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
14253414      Capital One Bank (USA), N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
14247964     +Citibank N.A.,   Firstmark Services,    PO Box 82522,   Lincoln NE 68501-2522
14253417     +Equity One, Inc.,   5047 Peach Street,    Summit Plaza,   Erie, PA 16509-2032
14253418     +Erie County Tax Claim Bureau,    Erie County Courthouse,   140 West Sixth Street,   Room 110,
               Erie, PA 16501-1029
14253419     +Holiday Financial,   715 West 38th Street,    Erie, PA 16508-2626
14253420     +Home Depot Credit Services,    P.O. Box 790328,   St. Louis, MO 63179-0328
14253423     +MRS BPO LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
14253424     +NationStar Mortgage LLC,   4000 Horizon Way,    Irvine, TX 75063-2260
14253425     +NationStar Mortgage LLC,   c/of Nationwide Title Clearing,    2100 Alt 19 North,
               Palm Harbor, FL 34683-2620
14253430     +SpringLeaf Mortgage Loan Trust,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
14253431     +U.S. Bank N.A.,   8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14240175     +U.S. Bank N.A.,   c/of KML Law Group,    Mellon Independence Center,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14261464     +U.S. Bank National Association,    c/o Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,
               P.O. Box 17933,   San Diego, CA 92177-7921
14253433     +VA Hospital,   135 East 38th Street,    Erie, PA 16504-1559
14253434     +Verizon Wireless,   Bankruptcy Administration,    500 Technology Drive,   Suite 550,
               Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:39:58
               PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
14253415      E-mail/PDF: creditonebknotifications@resurgent.com Jan 20 2018 02:25:35     Credit One Bank,
               P.O. Box 98873,   Las Vegas, NV 89193-8873
14253416      E-mail/Text: mrdiscen@discover.com Jan 20 2018 02:30:54     Discover Card,   P.O. Box 15316,
               Wilmington, DE 19850-5316
14247889      E-mail/Text: mrdiscen@discover.com Jan 20 2018 02:30:54     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14252072     +E-mail/Text: DSLBKYPRO@discover.com Jan 20 2018 02:32:04     Discover Student Loans,
               PO BOX 30925,   Salt Lake City, UT 84130-0925
14253421      E-mail/Text: cio.bncmail@irs.gov Jan 20 2018 02:31:04     Internal Revenue Service,
               ATTN: Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14253422     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 20 2018 02:31:30     Midland Credit Management,
               8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14269308     +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:52     ONEMAIN FINANCIAL,   PO BOX 70912,
               CHARLOTTE, NC 28272-0912
14253426     +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:25     One Main Financial,
               6801 Colwell Blvd.,   Irving, TX 75039-3198
14520022      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:46:24
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14253427     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2018 02:46:24
               Portfolio Recovery Associates Inc.,   P.O. Box 12914,   Norfolk, VA 23541-0914
14253428      E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:25     SpringLeaf Financial Services,
               17 Millcreek Square,   Erie, PA 16565
14253429      E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:25
               SpringLeaf Financial Services of PA, Inc,   P.O. Box 969,   Evansville, IN 47706
14272000      E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:25     Springleaf Financial Services,
               PO Box 3251,   Evansville, IN 47731
14253413      E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:53
               American General Financial Services Inc.,   6 Millcreek Square,   Erie, PA 16565
                                                                                              TOTAL: 15
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            U.S. Bank National Association, as indenture trust
cr*          +Discover Student Loans,   PO Box 30925,   Salt Lake City, UT 84130-0925
14297874*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
14253432*    +U.S. Bank N.A.,   c/of KML Law Group,   Mellon Independence Center,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: vson                   Page 2 of 2              Date Rcvd: Jan 19, 2018
                              Form ID: 213                 Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
      for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bkgroup@kmllawgroup.com
      Michael S. Jan Janin    on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
      Michael S. Jan Janin    on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 5