UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 16-10537TPA |
| VINCENT ANTHONY MILONE and DEBORAH ANN MILONE, his wife, | : |
| | : THE HONORABLE THOMAS P. AGRESTI |
|     Debtors | : |
| | : CHAPTER 13 |
| VINCENT ANTHONY MILONE and DEBORAH ANN MILONE, | : |
|     Movants, | : |
| | : |
| v. | : |
| | : |
| NO RESPONDENT | |

## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

Attached hereto if Official Form 423, Certification About a Financial Management Course.

                                          Respectfully submitted,

                                        THE QUINN LAW FIRM

                                        BY:    /s/Michael S. JanJanin
                                                          Michael S. Jan Janin, Esquire
                                                          PA Id. No. 38880
                                                          2222 West Grandview Boulevard
                                                          Erie, Pennsylvania 16506-4508
                                                          Telephone: 814-833-2222
                                                          Facsimile: 814-833-6753
                                                          E-Mail Address: mjanjanin@quinnfirm.com
                                                          Counsel for Debtors

#1375050

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | *Vincent* | *Anthony* | *Milone* |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | *Deborah* | *Ann* | *Milone* |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | *16-10537TPA* | | |

## Official Form 423
## Certification About a Financial Management Course                12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course.  11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate.  The provider may notify the court that you have completed the course.  If the provider does notify the court, you need not file this form.  I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course.  To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1:  Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

    Date I took the course              *July 8, 2020*

    Name of approved provider       *Advantage Credit Counseling Service, Inc.*

    Certificate Number                   *01721-PAW-DE-034647488*

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

    ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:  Sign Here

I certify that the information I have provided is true and correct.

| X  /s/Deborah Ann Milone | **Deborah Ann Milone** | Date **July 13, 2020** |
|---|---|---|
| Signature of debtor named on certificate | Printed name of debtor | |

#1375050

Certificate Number: 01721-PAW-DE-034647488

Bankruptcy Case Number: 16-10537


01721-PAW-DE-034647488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2020, at 8:00 o'clock PM EDT, Deborah Milone completed a course on personal financial management given by telephone by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 9, 2020

By: /s/Sarah Chechak for Pam Miller

Name: Pam Miller

Title: Counselor