**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/22/2020

IN RE:

VINCENT ANTHONY MILONE
DEBORAH ANN MILONE
C/O MICHAEL S JAN JANIN ESQ
QUINN BUSECK LEEMHUIS ET AL
2222 W GRANDVIEW
ERIE, PA 16506-4508
XXX-XX-7102        Debtor(s)

XXX-XX-8646

Case No. 16-10537 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/22/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim | Cred Desc / Account | 
|---|---|---|
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: RS/OE*19060053042700;SURR/AMD PL*2014*381.74 CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2700 |
| **HOLIDAY FINANCIAL SERVICES**<br>715 W 38TH ST<br>ERIE, PA 16508-2626 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number: 9<br>CLAIM: 1,468.85<br>COMMENT: $CL-PL@5%MDF/PL*20.05%/FACE | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5410 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 4,035.63<br>COMMENT: RS/OE*SURR/AMD PL*76822.09=CL*BGN 7/16 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1400 |
| **AMERICAN GENERAL++**<br>6 MILLCREEK SQUARE<br>ERIE, PA 16565 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **EQUITY ONE**<br>5407 PEACH ST<br>ERIE, PA 16509 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SPRINGLEAF MORTGAGE LOAN TRUST**<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 7-2 <br> CLAIM: 3,806.91 <br> COMMENT: CL7-2GOV*$CL-PL@9%/PL*AMD | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 7102 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **CREDIT ONE BANK** <br> POB 98873 <br> LAS VEGAS, NV 89193 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 3,730.64 <br> COMMENT: 3304/SCH*CHG OFF 2/28/2014*NO PMT EVER | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5117 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 4,370.32 <br> COMMENT: CITIBANK*THE HOME DEPOT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7065 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6276 |
| **MRS BBO LLC** <br> 1930 OLNEY AVE <br> CHERRY HILL, NJ 08003 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: TIME WARNER CABLE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS** <br> PO BOX 3251 <br> EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 6,389.05 <br> COMMENT: NO ACNT NUM/SCH*2013 LOAN | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8899 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 4,962.13 <br> COMMENT: NO NUM/SCH*WNTS 27.98%*FR SPRINGLEAF-DOC 46 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8136 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VA HOSPITAL**<br>135 EAST 38TH ST<br><br>ERIE, PA  16504 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA**<br>C/O FIRSTMARK SERVICES<br>PO BOX 82522<br><br>LINCOLN, NE  68501 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM:  3,195.95<br>COMMENT:  NT/SCH*AMD*STUDENT LOAN LN 20 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8646 |
| **CITIBANK NA**<br>C/O FIRSTMARK SERVICES<br>PO BOX 82522<br><br>LINCOLN, NE  68501 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM:  3,523.62<br>COMMENT:  NT/SCH*AMD*STUDENT LOAN 23 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8646 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/AMD PL*16445.42=CL*THRU 6/16 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  1400 |
| **DISCOVER STUDENT LOANS***<br>C/O JPMORGAN CHASE<br>LB PROCESSING-DISCOVER SLC LB#28257<br>4 CHASE METRO TECH CTR 7TH FL - EAST<br>BROOKLYN, NY  11245 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  NT/SCH*CL @ 6203.44 W/DRAWN-DOC 11,16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1122 |
| **DISCOVER STUDENT LOANS***<br>C/O JPMORGAN CHASE<br>LB PROCESSING-DISCOVER SLC LB#28257<br>4 CHASE METRO TECH CTR 7TH FL - EAST<br>BROOKLYN, NY  11245 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  3,538.48<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1121 |
| **DISCOVER STUDENT LOANS***<br>C/O JPMORGAN CHASE<br>LB PROCESSING-DISCOVER SLC LB#28257<br>4 CHASE METRO TECH CTR 7TH FL - EAST<br>BROOKLYN, NY  11245 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  6,203.44<br>COMMENT:  AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1122 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:7-2<br>CLAIM:  985.40<br>COMMENT:  CL7GOVS*NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7102 |