**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

F$LED
6/10/21 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  VINCENT ANTHONY MILONE<br>  DEBORAH ANN MILONE<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>        Movant<br>            vs.<br>  VINCENT ANTHONY MILONE<br>  DEBORAH ANN MILONE<br><br>        Respondents | Case No.16-10537TPA<br><br><br><br>Chapter 13<br><br><br>Related Document No. 66 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___10th___ day of ___June___, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

R.D. Orlando Company
Attn: Payroll Department
Po Box 9278
Erie, PA 16505

is hereby ordered to immediately terminate the attachment of the wages of DEBORAH ANN MILONE, social security number XXX-XX-8646. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEBORAH ANN MILONE.

FURTHER ORDERED:

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

asg
_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10537-TPA |
| Vincent Anthony Milone | Chapter 13 |
| Deborah Ann Milone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Vincent Anthony Milone, 2674 Myrtle Street, Erie, PA 16508-1834 |
| jdb | #+ | Deborah Ann Milone, 2674 Myrtle Street, Erie, PA 16508-1834 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021              Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | |
| | on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Michael S. Jan Janin | |
| | on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin |

nfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5