Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Vincent Anthony Milone** | : | Case No. 16−10537−TPA |
| **Deborah Ann Milone** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 69 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/13/21 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of July, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 69 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before September 10, 2021*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *October 13, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-10537-TPA
Vincent Anthony Milone  Chapter 13
Deborah Ann Milone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: agro  Page 1 of 3
Date Rcvd: Jul 27, 2021  Form ID: 300a  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Vincent Anthony Milone, 2674 Myrtle Street, Erie, PA 16508-1834 |
| jdb | #+ | Deborah Ann Milone, 2674 Myrtle Street, Erie, PA 16508-1834 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| 14247964 | + | Citibank N.A., Firstmark Services, PO Box 82522, Lincoln NE 68501-2522 |
| 14253417 | + | Equity One, Inc., 5047 Peach Street, Summit Plaza, Erie, PA 16509-2032 |
| 14253418 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14253419 | + | Holiday Financial, 715 West 38th Street, Erie, PA 16508-2626 |
| 14253423 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14253425 | + | NationStar Mortgage LLC, c/of Nationwide Title Clearing, 2100 Alt 19 North, Palm Harbor, FL 34683-2620 |
| 14253424 | + | NationStar Mortgage LLC, 4000 Horizon Way, Irvine, TX 75063-2260 |
| 14253430 | + | SpringLeaf Mortgage Loan Trust, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14240175 | + | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14253431 | + | U.S. Bank N.A., 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14261464 | + | U.S. Bank National Association, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14253433 | + | VA Hospital, 135 East 38th Street, Erie, PA 16504-1559 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:43 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14253414 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253415 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 23:13:43 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14253416 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:15:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14247889 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252072 | + | Email/Text: DSLBKYPRO@discover.com | Jul 27 2021 23:15:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14253420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:24:13 | Home Depot Credit Services, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 14253421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2021 23:15:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 300a | Total Noticed: 33 |

| 14253422 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 27 2021 23:15:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14269308 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Jul 27 2021 23:13:40 | ONEMAIN FINANCIAL, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 14253426 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Jul 27 2021 23:13:40 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14520022 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 23:13:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253427 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 27 2021 23:13:30 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14253428 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Jul 27 2021 23:13:40 | SpringLeaf Financial Services, 17 Millcreek Square, Erie, PA 16565 |
| 14253429 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Jul 27 2021 23:13:40 | SpringLeaf Financial Services of PA, Inc, P.O. Box 969, Evansville, IN 47706 |
| 14272000 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Jul 27 2021 23:13:21 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14253413 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Jul 27 2021 23:13:40 | American General Financial Services Inc., 6 Millcreek Square, Erie, PA 16565 |
| 14253434 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 27 2021 23:15:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14297874 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14253432 | *+ | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

**Name**    **Email Address**

| District/off: 0315-1 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 300a | Total Noticed: 33 |

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bnicholas@kmllawgroup.com

Michael S. Jan Janin
    on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
    on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5