**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

VINCENT ANTHONY MILONE
DEBORAH ANN MILONE
    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:16-10537 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/03/2016 and confirmed on 8/23/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,687.00 |
| Less Refunds to Debtor | 566.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,120.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,965.00 | |
|   Trustee Fee | 759.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,724.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE<br>  Acct: 1400 | 4,035.63 | 4,035.63 | 0.00 | 4,035.63 |
|   US BANK NA - TRUSTEE<br>  Acct: 1400 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIE COUNTY TAX CLAIM BUREAU*<br>  Acct: 2700 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HOLIDAY FINANCIAL SERVICES<br>  Acct: 5410 | 1,468.85 | 1,468.85 | 65.75 | 1,534.60 |
| | | | | 5,570.23 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   VINCENT ANTHONY MILONE<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   VINCENT ANTHONY MILONE<br>  Acct: | 80.00 | 80.00 | 0.00 | 0.00 |
|   VINCENT ANTHONY MILONE<br>  Acct: | 486.50 | 486.50 | 0.00 | 0.00 |
|   MICHAEL S JAN JANIN ESQ<br>  Acct: | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>  Acct: 7102 | 3,806.91 | 3,806.91 | 0.00 | 3,806.91 |
| | | | | 3,806.91 |
| **Unsecured** | | | | |
|   CAPITAL ONE**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT ONE BANK<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DISCOVER BANK(*)<br>  Acct: 5117 | 3,730.64 | 305.20 | 0.00 | 305.20 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL<br>  Acct: 7065 | 4,370.32 | 357.54 | 0.00 | 357.54 |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |

16-10537 TPA    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6276 | | | | |
| MRS BBO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F V | 6,389.05 | 522.69 | 0.00 | 522.69 |
| Acct: 8899 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 4,962.13 | 405.95 | 0.00 | 405.95 |
| Acct: 8136 | | | | |
| VA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA | 3,195.95 | 261.46 | 0.00 | 261.46 |
| Acct: 8646 | | | | |
| CITIBANK NA | 3,523.62 | 288.27 | 0.00 | 288.27 |
| Acct: 8646 | | | | |
| DISCOVER STUDENT LOANS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1122 | | | | |
| DISCOVER STUDENT LOANS** | 3,538.48 | 289.48 | 0.00 | 289.48 |
| Acct: 1121 | | | | |
| DISCOVER STUDENT LOANS** | 6,203.44 | 507.50 | 0.00 | 507.50 |
| Acct: 1122 | | | | |
| INTERNAL REVENUE SERVICE* | 985.40 | 80.62 | 0.00 | 80.62 |
| Acct: 7102 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN GENERAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EQUITY ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINGLEAF MORTGAGE LOAN TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,018.71 |

TOTAL PAID TO CREDITORS    12,395.85

TOTAL CLAIMED
PRIORITY      3,806.91
SECURED       5,504.48
UNSECURED    36,899.03

Date: 07/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    VINCENT ANTHONY MILONE
    DEBORAH ANN MILONE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10537 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vincent Anthony Milone  
Deborah Ann Milone  
    Debtors

Case No. 16-10537-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 3  
Date Rcvd: Jul 27, 2021      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Vincent Anthony Milone, 2674 Myrtle Street, Erie, PA 16508-1834 |
| jdb | #+ | Deborah Ann Milone, 2674 Myrtle Street, Erie, PA 16508-1834 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| 14247964 | + | Citibank N.A., Firstmark Services, PO Box 82522, Lincoln NE 68501-2522 |
| 14253417 | + | Equity One, Inc., 5047 Peach Street, Summit Plaza, Erie, PA 16509-2032 |
| 14253418 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14253419 | + | Holiday Financial, 715 West 38th Street, Erie, PA 16508-2626 |
| 14253423 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14253425 | + | NationStar Mortgage LLC, c/of Nationwide Title Clearing, 2100 Alt 19 North, Palm Harbor, FL 34683-2620 |
| 14253424 | + | NationStar Mortgage LLC, 4000 Horizon Way, Irvine, TX 75063-2260 |
| 14253430 | + | SpringLeaf Mortgage Loan Trust, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14240175 | + | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14253431 | + | U.S. Bank N.A., 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14261464 | + | U.S. Bank National Association, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14253433 | + | VA Hospital, 135 East 38th Street, Erie, PA 16504-1559 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:30 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14253414 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:13:42 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253415 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 23:13:43 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14253416 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:15:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14247889 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252072 | + | Email/Text: DSLBKYPRO@discover.com | Jul 27 2021 23:15:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14253420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:24:13 | Home Depot Credit Services, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 14253421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2021 23:15:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 16-10537-TPA   Doc 74   Filed 07/29/21   Entered 07/30/21 00:32:08   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 14253422 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:15:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14269308 | + | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:21 | ONEMAIN FINANCIAL, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 14253426 | + | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:54 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14520022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253427 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:13:56 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14253428 | | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:40 | SpringLeaf Financial Services, 17 Millcreek Square, Erie, PA 16565 |
| 14253429 | | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:54 | SpringLeaf Financial Services of PA, Inc, P.O. Box 969, Evansville, IN 47706 |
| 14272000 | | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:40 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14253413 | | Email/PDF: cbp@onemainfinancial.com | Jul 27 2021 23:13:40 | American General Financial Services Inc., 6 Millcreek Square, Erie, PA 16565 |
| 14253434 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2021 23:15:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14297874 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14253432 | *+ | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name**               **Email Address**

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 3 of 3 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 33 |

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bnicholas@kmllawgroup.com

Michael S. Jan Janin
    on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
    on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5