IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          :
                                                                :  BANKRUPTCY NO. 16-10537TPA
VINCENT ANTHONY MILONE and                                      :
DEBORAH ANN MILONE, his wife,                                   :  THE HONORABLE THOMAS P. AGRESTI
   Debtors                                       :
                                                                :  CHAPTER 13
DEBORAH ANN MILONE,                                             :
   Movant,                                       :
                                                                :
   v.                                            :
                                                                :
NO RESPONDENT                                                   :
                                                                :

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) has/have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   __X__  The Debtors are not required to pay any Domestic Support Obligations.

   ____   The Debtor(s) is/are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor(s) ineligible for a discharge.

4. On July 13, 2020, at Docket No. 63, the Debtor, Deborah Ann Milone ONLY, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

__X__   Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

____    Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  August 4, 2021            By:   /s/Deborah Ann Milone
                                        Debtor, Deborah Ann Milone

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

Dated: August 4, 2021             BY:   /s/Michael S. JanJanin
                                        Michael S. Jan Janin, Esquire
                                        PA Id. No. 38880
                                        2222 West Grandview Boulevard
                                        Erie, Pennsylvania 16506-4508
                                        Telephone: 814-833-2222, Ext. 1045
                                        Telephone: 814-314-1051 (Direct)
                                        Facsimile: 814-833-6753
                                        E-Mail Address: mjanjanin@quinnfirm.com
                                        Counsel for Debtors, Vincent Anthony Milone and
                                        Deborah Ann Milone

#1375054