UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| VINCENT ANTHONY MILONE and : | BANKRUPTCY NO. 16-10537 TPA |
| DEBORAH ANN MILONE, : | |
| Debtors. : | THE HONORABLE THOMAS P. AGRESTI |
| : | |
| : | CHAPTER 13 |
| VINCENT ANTHONY MILONE and : | |
| DEBORAH ANN MILONE, : | |
| Movants, : | |
| : | |
| vs. : | |
| NO RESPONDENT. | |

### NOTICE OF CHANGE OF ADDRESS

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Vincent Anthony Milone<br>Deborah Ann Milone<br>2674 Myrtle Street<br>Erie, PA 16508 | Vincent Anthony Milone<br>Deborah Ann Milone<br>2652 Myrtle Street<br>Erie, PA 16508 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: August 5, 2021

BY:   /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors

Document No. 1040304