IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 16-10537TPA |
| VINCENT ANTHONY MILONE and | : |
| DEBORAH ANN MILONE, his wife, | : THE HONORABLE THOMAS P. AGRESTI |
|    Debtors | : |
| | : CHAPTER 13 |
| DEBORAH ANN MILONE, | : |
|    Movant, | : DATE AND TIME OF HEARING: |
| | : Friday, September 10, 2021 @ 9:30 a.m. |
|    v. | : |
| | : RESPONSES DUE: |
| NO RESPONDENT | : August 16, 2021 |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXCUSE VINCENT ANTHONY MILONE FROM TAKING
DEBTOR EDUCATION CLASS AND FILING CERTIFICATE OF DISCHARGE ELIGIBLITY
(Document No. 72)**

     The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Excuse Vincent Anthony Milone from Taking Debtor Education Class and Filing Certificate of Discharge Eligibility Due to Death filed July 29, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than August 16, 2021.

     It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 17, 2021

                      Respectfully submitted,

                      QUINN, BUSECK, LEEMHUIS, TOOHEY &
                      KROTO, INC.

                      BY:   /s/Michael S. JanJanin
                              Michael S. JanJanin, Esquire
                              PA Id. No. 38880
                              The Quinn Law Firm
                              2222 West Grandview Boulevard
                              Erie, Pennsylvania 16506-4508
                              Telephone: 814-833-2222
                              Facsimile: 814-833-6753
                              E-Mail: mjanjanin@quinnfirm.com
                              Counsel for Debtors

#1454203