FILED
8/18/21 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 16-10537TPA |
| VINCENT ANTHONY MILONE and | : |
| DEBORAH ANN MILONE, his wife, | : THE HONORABLE THOMAS P. AGRESTI |
| Debtors | : |
| | : CHAPTER 13 |
| DEBORAH ANN MILONE, | : |
| Movant, | : RELATED TO DOCUMENT NO. 71 |
| | : |
| v. | : |
| | : |
| NO RESPONDENT | : |
| | : |

## ORDER

AND NOW, to-wit this 18th day of August, 2021, upon consideration of the Motion to Excuse Vincent Anthony Milone from taking the Debtor Education Class filing the Certificate of Discharge Eligibility Due to Death filed by the Debtor, Deborah Ann Milone, and it further appearing that no hearing is necessary on said Motion, and it further appearing that the Debtor, Vincent Anthony Milone, died on October 7, 2016, prior to taking the Debtor Education Class and filing the Certificate of Discharge Eligibility, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.

The Bankruptcy Clerk shall process the Chapter 13 Discharge for the Debtor, Deborah Ann Milone.

_____ asg
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

1452592

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10537-TPA |
| Vincent Anthony Milone | Chapter 13 |
| Deborah Ann Milone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Anthony Milone, Deborah Ann Milone, 2652 Myrtle Street, Erie, PA 16508-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Michael S. Jan Janin | on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 | User: mgut | Page 2 of 2
Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5