| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Vincent Anthony Milone** | Social Security number or ITIN | xxx–xx–7102 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah Ann Milone** | Social Security number or ITIN | xxx–xx–8646 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **16–10537–TPA** | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent Anthony Milone                                        Deborah Ann Milone

<u>9/27/21</u>                                                             **By the court:**    <u>Thomas P. Agresti</u>
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vincent Anthony Milone  
Deborah Ann Milone  
    Debtors

Case No. 16-10537-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 3  
Date Rcvd: Sep 27, 2021      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Anthony Milone, Deborah Ann Milone, 2652 Myrtle Street, Erie, PA 16508-1834 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| 14247964 | + | Citibank N.A., Firstmark Services, PO Box 82522, Lincoln NE 68501-2522 |
| 14253417 | + | Equity One, Inc., 5047 Peach Street, Summit Plaza, Erie, PA 16509-2032 |
| 14253418 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14253419 | + | Holiday Financial, 715 West 38th Street, Erie, PA 16508-2626 |
| 14253423 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14253425 | + | NationStar Mortgage LLC, c/of Nationwide Title Clearing, 2100 Alt 19 North, Palm Harbor, FL 34683-2620 |
| 14253424 | + | NationStar Mortgage LLC, 4000 Horizon Way, Irvine, TX 75063-2260 |
| 14253430 | + | SpringLeaf Mortgage Loan Trust, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14240175 | + | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14253431 | + | U.S. Bank N.A., 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14261464 | + | U.S. Bank National Association, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14253433 | + | VA Hospital, 135 East 38th Street, Erie, PA 16504-1559 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 28 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 28 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2021 23:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr   + | EDI: PRA.COM | Sep 28 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14253414 | EDI: CAPITALONE.COM | Sep 28 2021 03:18:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253415 | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:39 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14253416 | EDI: DISCOVER.COM | Sep 28 2021 03:18:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850-5316 |

| Recip ID | | EDI | Date | Name and Address |
|---|---|---|---|---|
| 14247889 | | EDI: DISCOVER.COM | Sep 28 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252072 | + | EDI: DISCOVERSL.COM | Sep 28 2021 03:18:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14253420 | + | EDI: CITICORP.COM | Sep 28 2021 03:18:00 | Home Depot Credit Services, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 14253421 | | EDI: IRS.COM | Sep 28 2021 03:18:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14253422 | + | EDI: MID8.COM | Sep 28 2021 03:18:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14269308 | + | EDI: AGFINANCE.COM | Sep 28 2021 03:18:00 | ONEMAIN FINANCIAL, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 14253426 | + | EDI: AGFINANCE.COM | Sep 28 2021 03:18:00 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14520022 | | EDI: PRA.COM | Sep 28 2021 03:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253427 | + | EDI: PRA.COM | Sep 28 2021 03:18:00 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14253428 | | EDI: AGFINANCE.COM | Sep 28 2021 03:18:00 | SpringLeaf Financial Services, 17 Millcreek Square, Erie, PA 16565 |
| 14253429 | | EDI: AGFINANCE.COM | Sep 28 2021 03:18:00 | SpringLeaf Financial Services of PA, Inc, P.O. Box 969, Evansville, IN 47706 |
| 14272000 | | EDI: AGFINANCE.COM | Sep 28 2021 03:18:00 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14253413 | | EDI: AGFINANCE.COM | Sep 28 2021 03:18:00 | American General Financial Services Inc., 6 Millcreek Square, Erie, PA 16565 |
| 14253434 | + | EDI: VERIZONCOMB.COM | Sep 28 2021 03:18:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14297874 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14253432 | *+ | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-1 | User: mgut | Page 3 of 3
Date Rcvd: Sep 27, 2021 | Form ID: 3180W | Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Michael S. Jan Janin | on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5