**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
VINCENT ANTHONY MILONE
DEBORAH ANN MILONE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-10537 TPA

Chapter 13

Related Document No.: 69

ORDER OF COURT

AND NOW, this 27th day of September, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vincent Anthony Milone  
Deborah Ann Milone  
    Debtors

Case No. 16-10537-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 3  
Date Rcvd: Sep 27, 2021      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Anthony Milone, Deborah Ann Milone, 2652 Myrtle Street, Erie, PA 16508-1834 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| 14247964 | + | Citibank N.A., Firstmark Services, PO Box 82522, Lincoln NE 68501-2522 |
| 14253417 | + | Equity One, Inc., 5047 Peach Street, Summit Plaza, Erie, PA 16509-2032 |
| 14253418 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 14253419 | + | Holiday Financial, 715 West 38th Street, Erie, PA 16508-2626 |
| 14253423 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14253425 | + | NationStar Mortgage LLC, c/of Nationwide Title Clearing, 2100 Alt 19 North, Palm Harbor, FL 34683-2620 |
| 14253424 | + | NationStar Mortgage LLC, 4000 Horizon Way, Irvine, TX 75063-2260 |
| 14253430 | + | SpringLeaf Mortgage Loan Trust, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14240175 | + | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14253431 | + | U.S. Bank N.A., 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14261464 | + | U.S. Bank National Association, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14253433 | + | VA Hospital, 135 East 38th Street, Erie, PA 16504-1559 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:51 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14253414 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253415 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:26 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14253416 | | Email/Text: mrdiscen@discover.com | Sep 27 2021 23:24:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14247889 | | Email/Text: mrdiscen@discover.com | Sep 27 2021 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252072 | + | Email/Text: DSLBKYPRO@discover.com | Sep 27 2021 23:25:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14253420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:43 | Home Depot Credit Services, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 14253421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2021 23:24:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14253422 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14269308 | + | Email/PDF: cbp@onemainfinancial.com | | |

Case 16-10537-TPA　Doc 83　Filed 09/29/21　Entered 09/30/21 00:35:58　Desc Imaged
Certificate of Notice　Page 3 of 4

| District/off: 0315-1 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2021 23:39:46 | ONEMAIN FINANCIAL, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 14253426 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:20 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14520022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:27 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253427 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14253428 | | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:34 | SpringLeaf Financial Services, 17 Millcreek Square, Erie, PA 16565 |
| 14253429 | | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:46 | SpringLeaf Financial Services of PA, Inc, P.O. Box 969, Evansville, IN 47706 |
| 14272000 | | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:21 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14253413 | | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:46 | American General Financial Services Inc., 6 Millcreek Square, Erie, PA 16565 |
| 14253434 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2021 23:24:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14297874 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14253432 | *+ | U.S. Bank N.A., c/of KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for CIM Trust 2016-5, Mortgage-Backed Notes, Series 2016-5 bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 32 |

Michael S. Jan Janin
    on behalf of Joint Debtor Deborah Ann Milone mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
    on behalf of Debtor Vincent Anthony Milone mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5